# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OT, LLC, et al. | * |
| Plaintiffs | * |
| v. | * Civil Case No.: 17-CV-2812 GLR |
| HARFORD COUNTY, MARYLAND, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BARRY GLASSMAN, | * |
| BILLY BONIFACE, | * |
| MELISSA LAMBERT, | * |
| JOSEPH J. SIEMEK, | * |
| Third-Party Plaintiffs | * |
| | * |
| v. | * Civil Case No.: 17-CV-2812 GLR |
| WILLIAM R. LUTHER, JR. | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THIRD-PARTY COMPLAINT

Defendants Barry Glassman, Billy Boniface, Melissa Lambert, and Joseph J. Siemek (collectively "Third-Party Plaintiffs"), by counsel, and as third-party plaintiffs, sue William R. Luther, Jr. on a state law claim of defamation, as a third-party defendant under Federal Rule 14.

1. William R. Luther, Jr is managing member of Plaintiff OT, LLC and chief executive officer of Plaintiff Gemcraft, Inc., but is not an individual Plaintiff.

2. On October 19, 2017, Mr. Luther was a guest on the WBAL radio program "The C4 Show."

3. While an on-air guest, Mr. Luther accused Third-Party Plaintiffs of "discrimination against people of the Islamic faith." This statement is defamatory in tending to injure Third-Party Plaintiffs in their profession and employment, and further, in impugning them to be religiously prejudiced and bigoted.

4. In an October 24, 2017 story, Mr. Luther told the *Washington Post*, "'I've never seen such discrimination,' he said. 'It's sickening. I don't know what the heck they are doing.'" This statement is defamatory in tending to injure Third-Party Plaintiffs in their profession and employment, and further, in impugning them to be prejudiced and bigoted.

5. Mr. Luther made these false statements with actual malice, in that he knew or should have known that the statements were false.

6. Mr. Luther published these statements to all listeners of WBAL radio and all readers of the *Washington Post* (in print and online) and these listeners and readers include residents of Harford County, where Third-Party Plaintiffs live and work.

7. As a result of these false and defamatory statements published by Mr. Luther, the character and reputation of Third-Party Plaintiffs were harmed, and their standing and reputation in the community were impaired.

WHEREFORE, Third-Party Plaintiffs each demand One Million Dollars in compensatory and punitive damages, plus interest and costs.

Respectfully submitted,

/s/ _____
Bradley J. Neitzel
Bar #26787
Senior Assistant County Attorney
Harford County Law Department
220 S. Main Street
Bel Air, Maryland 21014
Voice: (410) 638-3689
Facsimile: (410) 879-7651
bjneitzel@harfordcountymd.gov

Attorney for Third-Party Plaintiffs