**MOTION TO DISMISS THIRD-PARTY COMPLAINT**

**LIST OF EXHIBITS**

1. Transcript, The C4 Show on WBAL Radio (Oct. 19, 2017).

2. Justin Wm. Moyer, *Maryland Development Under Fire After Selling Homes Only to Muslims*, Washington Post (Oct. 24, 2017).

3. Alison Knezevich, *State Lawmakers Seek Review of Harford County Project*, Baltimore Sun (Sept. 18, 2017).

4. Editorial, *The Cost of Demagoguery in* Harford, Baltimore Sun (Sept. 25, 2017).

5. Excerpts from Joppatowne Community Facebook Page (Oct. 8, 2017).

6. Excerpts from Joppatowne Community Facebook Page (Oct. 28, 2017).

7. Excerpts from Jorge and Gina Real Estate Sales Associates/Pimentel Group Facebook Page (Sept. 25, 2017 and Oct. 28, 2017).

8. David Anderson, *Muslim Leader Refutes Concerns, Vows Joppatowne Houses Will Be Open to All*, The Aegis (Sept. 27, 2017).

9. David Anderson, *Builder Committed To Finishing 'Muslim' Development in Joppatowne*, The Aegis (Oct. 25, 2017).

10. Alison Knezevich, *Muslim Group Works To Ease Concerns About Joppatowne Housing Development*, Baltimore Sun (Oct. 7, 2017).