WBAL PODCAST w/ Bill Luther
10/19/2017

Page 1

WBAL Radio Podcast

October 19, 2017

1:03:05 - 1:37:05

Featuring Clarence M. Mitchell, IV, known as C4

* * * * * * * * * * * * * * * * * * * * * * * *

C4:   Last Spring members of a Silver Spring-based Ahmadi Muslim group celebrated the groundbreaking of something called the Ansar Housing Project.  There were photos and information of the organization posted on the internet.  Now, since then that has been removed.  The complex was built as a mini-peace village for Ahmadi Muslims and the members who are 55 and older would get priority in purchasing homes according to the website.

When that information went out there were many people who had questions, state legislators, a lot of people questioning exactly what was going on

WBAL PODCAST w/ Bill Luther
10/19/2017

2 (Pages 2 to 5)

Page 2

1  here. The process has gotten to the point now
2  where really a lot of people are focusing on this.
3  That's why we wanted to bring on board to actually
4  get facts about what is going on somebody
5  intimately involved with this, Mr. Bill Luther.
6  He is the head of Gemcraft Homes, the developer in
7  this situation. Good morning, Bill. How are you
8  doing?
9     BILL LUTHER: Good. I'm doing great.
10    C4: Let me ask you a question because many
11 questions came up about this Ahmadi Muslim entity
12 that obviously you are the developer of building
13 the homes for was what exactly is it? Help us
14 understand. There's many Baltimore Sun stories I
15 have here in front of me. What exactly is this
16 housing project, Bill?
17    BILL LUTHER: Let me tell you that Gemcraft
18 homes has been based in Harford County for
19 24 years. We've built 8,000 houses in five states
20 and 18 counties. So we're very experienced.
21 We've been here for a long time.

Page 3

1     Occasionally we buy finished lots and one of
2  my companies, OT, LLC, purchased a 56-lot
3  community known as Old Trail/River Run. Four of
4  the homes there were built over 10 years ago and
5  fully occupied, people living there. And so this
6  kind of distressed property that I was able to
7  pick up at a good buy.
8     Several months after I purchased the property
9  Shades and Springs, LLC approached me. Dr. Faheem
10 Younus is the President of the organization. And
11 what they wanted to do is they wanted to write a
12 contract with me to be able to buy houses kind of
13 on a take-down pace which was about two houses a
14 month. And, you know, I had my lawyers and their
15 lawyers review it and make sure everything was
16 scrubbed for fair housing.
17    C4: Right.
18    BILL LUTHER: And we wrote the contract and
19 started, you know, selling and building houses.
20    C4: Were you aware, Bill Luther, of the
21 information I just shared and had been put on the

Page 4

1  website about the Ahmadi Muslim group basically
2  advertising this as a community for Muslims? Were
3  you aware of that?
4     BILL LUTHER: No. Essentially, you know, what
5  I did as OT, LLC is, you know, I'm the owner of
6  the finished lots and my building company would
7  contract to build with the designees of Shades and
8  Springs.
9     C4: Now, from what I --
10    BILL LUTHER: And for them to sell houses
11 however they felt, you know, to their friends and
12 families.
13    C4: We're speaking with Bill Luther. He is
14 the head of Gemcraft Homes, the developer in this
15 story that has been kind of welling up now in
16 Harford County where it is a housing development
17 that initially was put out as a housing
18 development that would give preferences to people
19 who were Muslim, particularly this particular
20 Muslim group, to live in this community.
21    From what you understand, Bill Luther, because

Page 5

1  that's getting down to the point of this, this
2  community is open to all when it comes to
3  purchasing a property?
4     BILL LUTHER: Absolutely. We'd sell a house
5  to anybody. I'd love for somebody to call up
6  today and buy one.
7     C4: I'll bet you would, Bill. But so because
8  the real question for many state legislators that
9  are quoted in these Baltimore Sun stories is that
10 whether or not there would be preferences given to
11 Muslims. Is there a preference, like a pecking
12 order, in the situation of how homes are being
13 sold?
14    BILL LUTHER: No. I mean, anyone can buy a
15 house any time. Again, Shades and Springs has a
16 contract to purchase lots on a monthly basis, but
17 we'll sell a house to anybody any time. He's had
18 a number of people call us and, you know, we're
19 doing our best to work on selling as many houses
20 as we can. We're a builder. That's what we do.
21 And it's a 55-plus community and, you know, that's

WBAL PODCAST w/ Bill Luther
10/19/2017

3 (Pages 6 to 9)

Page 6

1  what we're doing.  We're selling to some great
2  people.  The folks there, a lot of them are
3  doctors, we have a New York City police officer
4  that was actually at 9-11, we have taxicab
5  drivers.  It's one of the most diverse communities
6  I've ever built in the hundreds of communities
7  that I've built.  And, you know, I don't know why
8  we keep going back to the Muslim word but, you
9  know, they're great people that are buying there.
10       C4:  Oh, absolutely.  I'm only doing that
11  because the Baltimore Sun story and the
12  legislators are concerned that there is a
13  preference.  That's the only reason I think that
14  comes up, and whether or not these homes are
15  being, as you said, open and sold to everybody.
16  Have you talked to any other state legislators or
17  they have County Councilmen, Mike Perrone?
18       BILL LUTHER:  Well, we did.  Delegate
19  Impallaria sent me a letter on September 6th
20  inviting me to a meeting that he was holding in
21  Joppa and then attached to that was another letter

Page 7

1  he was circulating through the community with a
2  bunch of falsehoods that said that we weren't
3  going to be building 55-plus, that we weren't
4  going — that we would only be selling to Muslims,
5  et cetera.  And what I did was before his meeting
6  I sent him a letter and I corrected everything
7  that was a misrepresentation, and I said here are
8  the answers you're asking me for.  But I can't
9  attend your meeting.  And at that meeting they
10  simply ignored my letter and, you know, and got
11  the crowd I guess a little more whipped up.  And
12  then Delegate McDonough at that meeting said that
13  he had a private conversation with the Glassman
14  Administration and he told him to get your County
15  attorney to shut this job down.  And that was
16  pretty much the gist of some of the things that
17  happened from that 9-7 meeting with the two
18  Delegates, which is disappointing.
19       C4:  Have you been contacted, Mr. Bill Luther,
20  by the Harford County attorneys or anybody?
21       BILL LUTHER:  Well, what happened was, you

Page 8

1  know, after this meeting I went in because what
2  the Glassman Administration was doing was not
3  going to give me the additional permits, and so I
4  had a meeting with Director Boniface —
5       C4:  Yes.
6       BILL LUTHER:  -- the County Attorney and the
7  Director of Public Works and I asked them, I said,
8  when am I going to get my permits released, when
9  are you going to give me a community center plat.
10  Because one of my obligations was to build a
11  community center, or let the home owners
12  association build a community center there.  And
13  when are you going to quit sending the sediment
14  control inspectors to my job daily running up
15  thousands of dollars worth of bills.  And to my
16  surprise the answer from Mr. Boniface was well,
17  what about the Muslims?  And I said oh, this is
18  what this is all about.
19       And so, you know, he proceeded to spend 10 or
20  15 minutes talking about this, and I --
21       C4:  And you told him basically, only because

Page 9

1  of time, Bill, you told him basically what you're
2  telling me in this situation?
3       BILL LUTHER:  Yes, sir.
4       C4:  And they still weren't satisfied with
5  you're saying all these homes were open to sale to
6  everybody?
7       BILL LUTHER:  Yes, sir.  That's exactly right.
8  And, you know, they really, they really, you know,
9  hurt my business an awful lot here in the things
10  that they've done.  I mean, you know, here — I
11  don't know if you've heard, but -- they're
12  refusing to give me use and occupancy permits on
13  the 14 building permits they've given me.  So
14  we've got five families that are trying to move
15  into these homes and they won't give me use and
16  occupancy permits now.  So, you know, it's hurting
17  my business.  I'm having to pay interest on these
18  loans.  Some of the subcontractors geared up for
19  this work, they're having to lay people off.  And,
20  you know, it's just, it's a tough situation.
21  These older people that have sold their homes —

Page 10

1    C4: Right.
2    BILL LUTHER: — from all over the country now
3  can't move here. It's tough.
4    C4: Is there any legal action that you might
5  be considering or the other folks that are behind
6  this considering in this effort, Bill?
7    BILL LUTHER: Absolutely. I filed a Federal
8  lawsuit and I've also filed an injunction in
9  Federal Court to have this matter heard so these
10 folks can move in their houses and we can get this
11 project moving forward.
12   C4: And what are you alleging in your suit?
13   BILL LUTHER: Well, the suit is certainly
14 public knowledge and we're alleging, you know,
15 that they have, you know, per the suit that
16 they've obstructed business by, you know, pretty
17 much shutting it down, running up dollars and, you
18 know, there's been discrimination per the suit due
19 to the folks being there are of the Islamic faith.
20   C4: Well, that's what I wanted to know
21 because to me at this point without evidence to

Page 11

1  suggest that this is only a Muslim community, I'm
2  finding it hard for anybody to say, I mean you've
3  just explained how these houses are being sold,
4  unless there's evidence to the contrary I don't
5  understand what the County Government or state
6  legislators are saying.
7    BILL LUTHER: Well, that would make two of us.
8  You know, I know that I saw Mr., Delegate
9  McDonough on TV saying it's our job to investigate
10 for the public and do these kind of things. And I
11 guess if he thinks his job is to, you know, hurt
12 businesses and have people get laid off and keep
13 old people out of their houses, well, then,
14 hopefully the people that are going to elect them
15 next year tell him he's fired and don't elect him
16 because I don't think any public official should
17 hurt a business this way.
18   C4: Bill Luther, once again you're the head
19 of Gemcraft Homes and we're going to post most of
20 these stories on the C4 show page on Facebook.
21 And I just say to you, sir, as this lawsuit

Page 12

1  proceeds I would like to speak with you, if your
2  attorney allows you in the future, to really
3  update us on this, Bill Luther.
4    BILL LUTHER: I would absolutely do that.
5    C4: Thank you so much, sir. I appreciate it.
6  Well, you've heard kind of the story here. I want
7  to get your take. 410-467-WBAL. 410-467-WBAL.
8  Absent of any evidence to the contrary should a
9  housing project that has, you know, Muslim group
10 interested in buying homes there should they be
11 prohibited from licenses, from getting homes
12 there? It sounds like something to talk about.
13 Stay here.
14   So let's talk about what this is. Now we just
15 had the developer, the person who is actually
16 selling the homes, in the stories, there are
17 multiple stories in the Baltimore Sun about this,
18 this Shades and Springs, Incorporated. It's a
19 nonprofit established to purchase the properties
20 of 56 townhouses which are set up for, at least
21 according to what we hear, set up for the elderly.

Page 13

1  They have a stipulation at least one person in
2  each household should be 55 or older. These are
3  $250,000 homes with 2-car garages. So I'm just
4  like giving you a sense of what this is. And the
5  developer, Mr. Bill Luther, who was just on the
6  phone with us, said that four of these homes were
7  sold to this entity out of, you know, Silver
8  Spring, Maryland, this Ahmadi Muslim entity and
9  they're going to deal with those four houses. So
10 there are 52 others.
11   Now, the developer is saying he'll sell to
12 anybody. He's not, there's no preference, there's
13 no nothing. Whoever wants it, he'll sell it to
14 them.
15   The question I have is if that's the case,
16 where is the evidence if people are concerned
17 either from the County or from state legislators
18 that that's not true? That there is only or there
19 is some type of back door type of sale to Muslim
20 only or whatever? Because so far in reading all
21 these stories, I don't see it. That's why I'm

Page 14

1  putting it out there. And if that's the case is
2  it right, is it right to forestall this thing, you
3  know, hold up licenses, all this stuff, because of
4  an allegation, of an allegation that this is what
5  this, without any proof attached to it?
6  410-467-WBAL. It doesn't sound right to me.
7  Maybe somebody knows more. But I'm just listening
8  to the story and reading, I have the articles
9  right here in front of me. Let's get Mike in
10 Joppatowne. Mike, you're on WBAL. What are your
11 thoughts, sir?
12     CALLER: Hey, C4. I listen to you every day,
13 just to say. What I just heard and everything is
14 different than what's going around the
15 neighborhood where I live.
16     C4: Well, that's why I asked for callers. I
17 asked for people to help me.
18     CALLER: Okay. Well, they're walking around,
19 the Muslim people, preaching at our shopping
20 centers, they're banging on our doors and they're
21 still preaching it as a Muslim community. That's

Page 15

1  why everybody's still in an uproar.
2     C4: Well, they can preach it as a Muslim
3  community all they want. It's almost like 7th Day
4  Adventists who go through communities knocking on
5  doors. My issue, though, from a law, because I
6  used to be a lawmaker, Mike, is if the developer
7  is saying I'm selling to anybody, not just
8  Muslims, where is the proof of anything different?
9     CALLER: Well, I don't see any proof of
10 anything different. I mean, and I feel for him.
11 The thing I'm seeing, though, is a lot of people,
12 you know, you're getting people that they're
13 supporting and putting in this community because
14 they have the money to, like he was saying, to buy
15 two lots, what, a month or a year or whatever.
16     C4: That's America.
17     CALLER: I know that's America. But he's
18 still, they're putting them there and the
19 community, we have a bunch of different religions,
20 a bunch of different churches and stuff like that,
21 we're not against that. And they're saying the

Page 16

1  community center. We're hearing it that's going
2  to be a mosque.
3     C4: Well, you can always -- I know when it
4  comes to zoning you can always go to zoning
5  hearings and object to that. What I'm asking is
6  considering that what I've heard so far, and I
7  haven't heard much different from you so far,
8  Mike, other than what you're hearing, absent any
9  evidence that there is some Muslim-only thing
10 going on here they have the right, the developer
11 has the right to sell the homes to who he wants
12 to.
13     CALLER: I agree. And he could basically sell
14 it to all Muslims if he wanted to, if that's who
15 buys it, I agree with that a hundred percent.
16 It's just the community, we don't want it there.
17     C4: Yeah, but do you know what? You can say
18 you don't want it there but, I mean, that's not
19 the law. That doesn't, that's a preference but to
20 me what this is sounding a lot like is very
21 disturbing. Let's get Scott in Ellicott City.

Page 17

1  Scott, you're on WBAL. What are your thoughts,
2  sir? Scott? Are you there? Scott in Ellicott
3  City going once, going twice. Let's go to Leon in
4  Reisterstown. Leon, you're on WBAL. What are
5  your thoughts, sir?
6     CALLER: Yeah. Hey, how are you doing?
7     C4: Doing fine, sir.
8     CALLER: Thank you for letting me get my feet
9  in about it.
10     C4: Sure.
11     CALLER: Okay. The way I see it is like this:
12 You can't operate country, the business, economy
13 based on your personal likes or dislikes. That's
14 personal stuff. If you don't like it you can go
15 legislator, try to get law for it, against it,
16 whatever you want to do. But you can't infuse it
17 in every-day business.
18     C4: Nope. Particularly, particularly,
19 particularly, Leon, let me stop you for a second,
20 Leon, particularly if you're a Government
21 official, you're required --

WBAL PODCAST w/ Bill Luther
10/19/2017

6 (Pages 18 to 21)

Page 18

1  CALLER: That's what I was going to say.
2  C4: Okay. Go ahead.
3  CALLER: What I heard from the gentleman it
4  looks like a bullying or racketeering on the
5  Government's side. Just because somebody in there
6  doesn't like somebody doesn't make it, and they
7  have a power to push you around, doesn't mean it's
8  right or —
9  C4: No. It's more than it isn't right. You
10 can't do that.
11 CALLER: Right.
12 C4: That goes against the law. You can't
13 selectively give access to the Government. You
14 can't do that.
15 CALLER: Absolutely, C4. Absolutely. The
16 other thing to the caller right before me, and he
17 actually proves my point by saying they don't like
18 Muslims walking around.
19 C4: He really did. Yes, he did. Yes, he
20 did.
21 CALLER: I don't like, I maybe don't like

Page 19

1  Jehovah Witnesses walking around every Sunday
2  knocking on my door.
3  C4: Tell me about it. At 8:00 in the
4  morning.
5  CALLER: Right. Right. And I bought the
6  house there, a lot of money, bought the house
7  2000 feet from the road, that's my private
8  driveway, they still come over.
9  C4: But that's the first amendment.
10 CALLER: So if I don't like it, it's my
11 personal business. I can go to police, to court,
12 whatever. I can try to file —
13 C4: Yeah, but you won't get far because the
14 first amendment, because the Constitution --
15 CALLER: You can't just because you don't like
16 something —
17 C4: Correct.
18 CALLER: -- you can't come and push somebody
19 around just because you have an ability to do
20 that.
21 C4: And that's correct, Leon. As we go into

Page 20

1  the next hour I want to get more on this because
2  yes, you cannot want that there. You're not
3  wanting it there and their ability through the law
4  to be there are two different things. And also
5  Government can't slow the wheels down just because
6  they don't, you know, they're responding to
7  somebody's concern. That's what that Federal
8  lawsuit that's been filed is about. Everybody
9  stay here. More after the news.
10 BILL LUTHER: ... County Attorney and the
11 Director of Public Works and I asked them, I said
12 when am I going to get my permits released, when
13 are you going to give me a community center plat.
14 Because one of my obligations was to build a
15 community center, or let the home owners
16 association build a community center there. And
17 when are you going to quit sending the sediment
18 control inspectors to my job daily running up
19 thousands of dollars worth of bills. And to my
20 surprise the answer from Mr. Boniface was well,
21 what about the Muslims? And I said oh, this is

Page 21

1  what this is all about.
2  C4: That was Bill Luther who is the head of
3  Gemcraft Homes. They're the developer in Harford
4  County of a 56-home kind of development there, and
5  this is called River Run or Old Trails. It's
6  become the subject of a whole bunch of Baltimore
7  Sun articles, a whole bunch of politicians are now
8  involved with this in reference to the townhouses.
9  250,000 they start at with two-car garages -- I'll
10 be giving you the whole description of this thing.
11 The question is whether or not the Government,
12 whether it's Harford County Government or other
13 folks, are trying to slow walk because Bill Luther
14 has filed a Federal lawsuit, he's got attorneys
15 now involved, saying that they are not being
16 treated appropriately because, and you heard him
17 right there say it, that there's a question about
18 it being done because the people, a lot of people
19 moving in there are Muslims.
20 Now, Bill Luther said that he's selling to
21 anybody who will buy it. He's not exclusively, as

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Motion to Dismiss Third-Party Complaint

Exhibit 1

Page 22

1  some of the allegations have been made,
2  exclusively selling to people who are Muslim.  He
3  is selling to anybody that wants to buy it.  And
4  I'm saying, I'm asking the question because it's
5  bigger to me than just Harford County, it's a
6  bigger question is absent of evidence that the
7  developer or anybody else is somehow blocking
8  people who are non Muslim or somehow, you know,
9  doing something shady, absent of that evidence
10 they shouldn't be slow-walking.  They should get
11 everything as developers, everybody else, they
12 deserve unless there's evidence they are breaking
13 the law or somehow doing something untoward.  So
14 far I haven't seen that.
15    410-467-WBAL.  Let's get Scott in Ellicott
16 City.  Good morning, Scott.  Sorry about that.  We
17 lost you last time.  Go ahead, Scott.
18    CALLER:  You did.  And if the phone breaks up
19 here, all right, Verizon has some pretty spotty
20 coverage out here in Ellicott City.
21    C4:  Okay.

Page 23

1    CALLER:  That's my plug for them.  Anyhow.  I
2  guess I got a couple questions here.  First off,
3  the developer said that this group is buying
4  homes.  Is that correct?
5    C4:  It's the Ahmadi Muslim group from Silver
6  Spring.  They bought four homes.  They bought four
7  of these things.
8    CALLER:  Okay.  Do we know anything about this
9  group?
10   C4:  Well, you can find out.  They are from
11 Silver Spring.  They have a headquarters.  They
12 have millions of members in 200 countries.
13 They're called Ahmadi Muslims.
14   CALLER:  Okay.
15   C4:  It's a group.
16   CALLER:  Are they on any kind of a terrorist
17 watch list or anything like that, do you know?
18   C4:  I don't see it.  The Baltimore Sun I
19 think would put -- I don't see it in there.  I've
20 got many articles here.  I don't see that.
21   CALLER:  Okay.  So I agree with you, absent

Page 24

1  that, what they're putting this man through absent
2  that, what they're putting him through is horrible
3  and I would encourage him to sue these
4  individuals.
5    C4:  Well, they are.  Well, they're suing but
6  my question, though, Scott, like I say, the big
7  picture in this is just because like, give an
8  example, that's why I use the example of the 7th
9  Day Adventists or the people on bicycles or you
10 have, you know, Jehovah's Witnesses knocking on
11 the door.
12   CALLER:  Jehovah's Witnesses, right.
13   C4:  Just because you have people
14 proselytizing in your community they have a first
15 amendment right to do that.
16   CALLER:  Exactly it is.  And I'll tell you
17 something, one of your callers, I think it was the
18 first caller, I thought holy God, this harkens
19 back to the '60s or the '70s.
20   C4:  Yep.  Yep.
21   CALLER:  Don't let the blacks move in here.

Page 25

1    C4:  Not next to me.  Not next -- I remember
2  the saying, not next to me.
3    CALLER:  Yeah.  Yeah.  Terrible.  Terrible.
4    C4:  Scott, I appreciate the call.
5  410-467-WBAL.  Unless there's something I'm
6  missing, and if people from Harford County are
7  listening you can give me a call, unless there's
8  something I'm missing why shouldn't this developer
9  and why shouldn't the people moving in here be
10 allowed this development?  Unless there's
11 something I'm missing.  Let's get Chris in Joppa.
12 Chris, you're on WBAL.  What are your thoughts?
13   CALLER:  Hey, Clarence.  I want to preface
14 everything.  The Gemcraft guy is a crybaby.  He's
15 dealing with waterfront property, for one.
16   C4:  All right.
17   CALLER:  So there's going to be sediment
18 runoff issues no matter what.
19   C4:  Okay.
20   CALLER:  And the second issue is who cares if
21 they're Muslims.  What I care about is it's a

Page 26

1  55-plus community that the 55-plus person does not
2  have to reside in, which is to, my understanding
3  is you have to be 55-plus in a 55-plus community
4  to reside there. You can't have children so you
5  don't put undue pressure on the school system.
6  They changed the law in Harford County so that
7  they don't have to do this for this one community.
8  That's what we're up in arms about in this area.
9      C4: Well, let me ask you a question, then.
10 If that's the case, have you proceeded through
11 either the County Council or whatever the
12 processes are to address that?
13     CALLER: I have contacted Mike Perrone. I
14 have contacted Joe Woods. And they're basically
15 capsizing because of the fact that it's a Muslim
16 issue and they don't want to come across as
17 against Muslims.
18     C4: Or there's no evidence to support, with
19 all due respect, what you're saying. Where's the
20 evidence to support what you're saying?
21     CALLER: Well, let's put it this way, Mike

Page 27

1  Perrone's not running in the next election because
2  of this.
3      C4: I understand. Look, here's where I am,
4  here's where I am. Having dealt with zoning
5  issues in my District when I was a legislator,
6  Chris, when it gets to the issue of whether or
7  not, you know, there's a certain age group present
8  in the housing project or whether there's a lot of
9  children, I look for the evidence. Is there
10 evidence to suggest what you're saying that they
11 are not following the rules of the project?
12     CALLER: They can't prove that they're not.
13     C4: No, that's not their -- no, that's not --
14 you're flipping --
15     CALLER: All we ask for is proof.
16     C4: That is not on them to do. That is not
17 on them to do.
18     CALLER: Okay.
19     C4: That is not -- there must be proof that
20 they are violating whatever the conditions of the
21 housing project. They don't have to prove they

Page 28

1  are. Hello?
2      CALLER: I'm going to disagree with you on
3  that last comment. I'm going to disagree with you
4  on that.
5      C4: I know you will. I know you will.
6  Because here's why I'm saying that. In order to
7  get the zoning they had to provide the initial
8  information to get that particular zoning and to
9  get that done. If you think they're not doing it
10 you have to provide evidence against what they've
11 already presented.
12     CALLER: How would you prove that?
13     C4: I don't know. That's not my job. That's
14 what I'm saying. In order to allege something,
15 though, shouldn't you need facts instead of just
16 allegations?
17     CALLER: This is coming from them in the
18 community meeting.
19     C4: What's coming from them? Maybe I'm
20 missing it. What's coming from them?
21     CALLER: This is coming, at the community

Page 29

1  meetings at the Joppa Magnolia firehouse, I
2  believe it was 3 weeks ago, that's when they
3  brought out that, you know, they're billing this
4  as a 55-plus community where the 55-plus people
5  don't necessarily have to reside.
6      C4: Okay. Well, if you have that --
7      CALLER: That's why the community is up in
8  arms.
9      C4: If you have that, then to me that should
10 be enough to get them, you know, their license
11 revoked if that's the case, Chris.
12     CALLER: So that's what I'm saying, they're
13 not, to me Gemcraft is not playing by the rules.
14     C4: If they're --
15     CALLER: They probably are open to sell to
16 anybody, but they're not selling by the rules of a
17 55-plus community.
18     C4: All right. Thank you, Chris. I just
19 look for evidence. I mean, right now there's,
20 I've read these stories in the Sun, I don't see
21 anything other than allegation and the Government

Page 30

1   should not slow the wheels down just based on
2   allegations.  Always the condition, if that's the
3   case.  Let's get to George in here.  George,
4   you're on WBAL.  What are your thoughts, sir?
5   George?  I'm saying George.  I don't know what's
6   happening, Professor.  I hear something in the
7   background.  George?
8       CALLER:  I'm sorry, I lost the connection.
9       C4:  That's all right, buddy.  Go ahead,
10  George.
11      CALLER:  I'd like to address a couple of
12  things that you guys have talked about.
13      C4:  Sure.
14      CALLER:  Specifically the violation of the 55
15  and older.
16      C4:  Yes.
17      CALLER:  They originally had a website that
18  was marketing to their exclusive community.
19      C4:  I said that.  I talked about that.
20      CALLER:  Okay.  All right.  So that's -- so
21  they haven't violated it yet because they haven't

Page 31

1   moved in there yet.  So they can't be processed
2   for something that they haven't done yet.
3       C4:  But if they're not selling the home,
4   here's the thing, whatever they put on their
5   website if they're not the developer they're not
6   the ones selling the homes.
7       CALLER:  Well, there's confusion with that
8   because, you know, they're flip-flopping it back
9   and forth as to who owns the --
10      C4:  The builder, I mean.  Go ahead.
11      CALLER:  And who is actually marketing.  But I
12  also want to address something else.  This is not
13  an anti-Muslim thing.  There's a few people that
14  are making comments and they do say that and it's
15  off color and that's not what we're trying to do.
16  This is about making sure that the people that are
17  moving in there are complying with fair housing,
18  Federal --
19      C4:  I agree with you.
20      CALLER:  -- law and regulation.
21      C4:  I agree with you.

Page 32

1       CALLER:  That's what this is about, not
2   anti-Muslim.  People are putting this in to rile
3   up people and to upset them.  But that's not what
4   this is about.  If the Federal Government comes in
5   and says hey, they did everything on board, well,
6   do you know what?  Then so be it.
7       C4:  Okay.
8       CALLER:  The powers that be have said that
9   it's okay, and that's okay.  But in my opinion,
10  I'm a realtor, they're not following the
11  guidelines that are set by Federal Housing, and
12  that's a serious offense.
13      C4:  Okay.  Well, let me ask you this, then.
14  Okay?  I heard everything you just said.  Based
15  upon what you just told me has anything been
16  provided to the County Government or anything to
17  back up all of this information?
18      CALLER:  The County Government's position has
19  been that we do not police that.  We issue
20  permits.  And so, and then, you know, and that's
21  something that has upset me because, you know, so

Page 33

1   in other words you see something going on --
2       C4:  Right.
3       CALLER:  -- and you aren't going to do
4   anything about it.
5       C4:  I agree with you.
6       CALLER:  Because it's not within your
7   jurisdiction.
8       C4:  I agree with you.  They should be --
9   that's why you approach your elected official.
10  Now what about, you get to the County councilman
11  and the state legislators -- go ahead.
12      CALLER:  What we have done is we have
13  submitted a complaint with HUD --
14      C4:  There you go.
15      CALLER:  -- housing and Urban Development that
16  oversees fair housing, and they're the ones that
17  have the teeth to enforce what's going on, and
18  they will make determination.  And the developer
19  and Mr. Luther, they will have to answer to them.
20      C4:  Yeah.  But in the meantime, in the
21  meantime until that's done, only because of time,

Page 34

1   George, until that's done they should not be
2   halted until that's done to get their permits and
3   their license.
4       CALLER:  I'm not involved with that part of
5   it.
6       C4:  Okay.
7       CALLER:  I'm only saying a lot of talk has
8   been put that's riling up people because there's a
9   few select people that make off color comments.
10  This is where people are talking about.  And
11  that's not true.  I'm a Puerto Rican, I'm a
12  minority, and I have experienced prejudism.
13      C4:  Sure.
14      CALLER:  So I know what it's about.  But
15  that's not what this is about.  I'm also a
16  resident of the community, and the way this was
17  done was not done properly.  Why wasn't the
18  community informed of what was going on?  Why
19  don't we have an input as to what's going on --
20      C4:  You should.
21      CALLER:  -- in that development?

Page 35

1       C4:  You should.
2       CALLER:  There's covenants and regulations
3   that go with that development that don't allow
4   some of the things that they're doing and that's
5   probably why they're halting development,
6   because --
7       C4:  Well, they should be articulating that.
8   Thank you very much, Bill.  I appreciate it.
9   George, I mean.  Everybody stay here.
10      Go ahead, Professor.
11      BILL LUTHER:  You know, I know that I saw Mr.,
12  Delegate McDonough on TV saying it's our job to
13  investigate for the public and do these kind of
14  things.  And I guess if he thinks his job is to,
15  you know, hurt businesses and have people get laid
16  off and keep old people out of their houses, well,
17  then, hopefully the people that are going to elect
18  him next year tell him he's fired and don't elect
19  him because I don't think any public official
20  should hurt a business this way.
21      C4:  That's Bill Luther.  He is the builder

Page 36

1   here, Gemcraft Homes.  They are the ones, we had
2   him on the show earlier talking about the
3   situation that has really crept up a lot of
4   Baltimore Sun articles, a lot of discussion about
5   an Ahmadi Muslim community group based out of
6   Silver Spring who some of them, 4 of a 56-lot
7   development, 4 houses that have been built on this
8   56-lot development have gone to this particular
9   group.  And the question was whether or not there
10  was selectively whether people were selectively
11  selling to Muslims and not including others.  And
12  Mr. Luther, the person doing the selling, says no,
13  that's not the case, that this particular
14  community is open to anybody who can buy it.  So
15  as a result of this, I didn't realize this either,
16  Professor, since 2006 or really decades before
17  that this particular development which is along
18  the Gunpowder River has been the subject of nearly
19  three decades of litigation with Harford County
20  and the state's Chesapeake Bay Critical Areas
21  Commission.  So there's a lot behind it.  There's

Page 37

1   a whole lot of history with this particular area.
2   Let's get Don in Silver Spring.  Don, you're on
3   WBAL.  What are your thoughts, sir?
4       CALLER:  Hey, C4, I'm a realtor and I'm not
5   involved with this or I don't have any knowledge,
6   but I think from listening very carefully to
7   what's been said I think you may have a little bit
8   of a misunderstanding.
9       C4:  Help me.
10      CALLER:  You may want to clarify.
11      C4:  Help me.
12      CALLER:  What the Gemcraft guy said is that
13  this community was already developed, you know,
14  was already there when he found out about it and
15  that there was already four existing ones sold but
16  they were having trouble selling the rest.  So he
17  was able to buy the whole development including
18  the four that were already existing.
19      C4:  Uh-huh.
20      CALLER:  At a fire sale.
21      C4:  Okay.

Page 38

1    CALLER: So what he's done now he had this
2    group come to him and they didn't come and say
3    we're Muslims, but it's this group that has agreed
4    to buy two lots per month from him. So they're
5    going to have a lot more than just four. They
6    don't have the original four but they're getting
7    two per month.
8    C4: Okay.
9    CALLER: And it sounds to me, I've seen this
10   done plenty of times, you know, with other
11   situations, that they basically buy two lots a
12   month and then they resell it to the individual
13   homeowners. And apparently this group out of
14   Silver Spring is targeting selling only to
15   Muslims. But that has nothing to do with Gemcraft
16   selling to this group out of Silver Spring.
17   They're just --
18   C4: So what --
19   CALLER: -- selling houses.
20   C4: What you describe -- what -- Don, slow
21   down. Don, let me get a question in. Don, Don,

Page 39

1    you can't just do this. Let me get a question in.
2    The audience is trying to follow you.
3    CALLER: Okay.
4    C4: Is anything that you just described
5    illegal?
6    CALLER: Not from the Gemcraft standpoint, for
7    sure, if he's just selling lots to this group.
8    C4: Well, that's what I'm focused on.
9    CALLER: This organization.
10   C4: Well, that's what I'm focused on.
11   CALLER: He could sell it to another developer
12   and it sounds like this group has an agreement
13   with Gemcraft to build the town homes for the
14   people they sell it to.
15   C4: Since you answered my question, that's
16   what I'm focused on. Don. You keep talking, Don.
17   I'm focused on whether or not, the story I have in
18   front of me that the builder whether or not
19   they're doing something that would necessitate
20   Harford County Government or anybody stopping them
21   or slowing them down from what they're doing and

Page 40

1    then what you just described, Don, you said you're
2    in the business, Gemcraft is not doing anything.
3    Now, once it leaves Gemcraft, then you can go and
4    determine what's going on. Let me get Gina in
5    Joppatowne in on this. Hi, Gina, you're on WBAL.
6    What are your thoughts?
7    CALLER: Well, my thoughts are what they've
8    been from the beginning. How did 25 homes get
9    sold before anybody disclosed that they were being
10   sold? The only reason we found out about it was
11   one of the neighbors asked me to look into who
12   their new neighbors would be. When their new
13   neighbors didn't, I couldn't find out who was
14   building until a set of trusses showed up and I
15   called up the line and I didn't get any responses.
16   So the only thing we did see was that website
17   and we did see the poster that this is being sold,
18   we're going to have a community mosque, we're
19   going to have 55 and older, you don't have to live
20   there, you just have to be on the deed. That's
21   very frustrating.

Page 41

1    C4: I talked about that.
2    CALLER: I understand.
3    C4: I talked about that.
4    CALLER: I understand. So I went up the line.
5    Couldn't get answers. Well, we did finally get
6    the answers. We found out that 25 were already
7    sold. So we held a community meeting so we can
8    address this publicly but the people that were
9    involved refused to show up.
10   C4: Okay.
11   CALLER: And then all of a sudden that night
12   the letter is issued. This is 9-7, we started
13   asking questions on April 24th. Finally on 9-7
14   after 25 were sold or contracted.
15   C4: Uh-huh.
16   CALLER: Not transferred.
17   C4: Right.
18   CALLER: All of a sudden we're open to the
19   community. If you look at all of Gemcraft's
20   advertising even the billboard right there on
21   Route 1 we have loving communities, Belair, Forest

Page 42

1  Hill. No Joppatowne. We're open to the
2  community. There's not a sign. The only for sale
3  sign is a little stake that was left there from
4  the previous developer, who lost his shirt because
5  they found evidence of --
6      C4: I understand. I don't live there. You
7  do. I'm listening to everything you're saying.
8  What in what you described to me is illegal that
9  either the builder did, what has violated the law
10 so far in everything you just said?
11     CALLER: Well, we put that, we filed a
12 Complaint against Fair Housing, and we want HUD to
13 make that determination. How is it you can sell
14 25 under the cuff to whomever and not sell it on
15 the open market and --
16     C4: I think it happens all the time.
17     CALLER: -- advertise it to the whole
18 community.
19     C4: I think people sell privately --
20     CALLER: No.
21     C4: Go ahead. I'm sorry.

Page 43

1      CALLER: They don't own the entire community,
2  sir. They don't own, OTC did not purchase those
3  four remaining lots. Those four remaining lots
4  are sitting on a public road with a common area
5  managed by Tidewater Properties --
6      C4: Okay.
7      CALLER: -- who we contacted, too, and the
8  roads, the public, that's a public road that's
9  maintained by the County. So that's why the
10 County is pressing in late. Let's take a step
11 back, let's take a look at this. And then the
12 other part of that is that those four were never
13 informed that it's part of a consent decree. We
14 know there's a lot of --
15     C4: I raised that only because of time. Only
16 because of time. We've got to go to a break.
17 Everybody stay here.
18         (End of segment.)
19
20
21

Page 44

1           CERTIFICATE
2
3
4      I, Alfred A. Betz, Court Reporter, certify
5  that the foregoing is a true and accurate
6  transcription from audiotape of the aforementioned
7  matter.
8
9
10
11     _____
12       Alfred A. Betz, Court Reporter
13
14
15
16
17
18
19
20
21