IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OT, LLC, et al. | * |
|     Plaintiffs | * |
| v. | * Civil Case No.: 17-CV-2812 GLR |
| HARFORD COUNTY, MARYLAND, et al. | * |
|     Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BARRY GLASSMAN, | * |
| BILLY BONIFACE, | * |
| MELISSA LAMBERT, | * |
| JOSEPH J. SIEMEK, | * |
| Third-Party Plaintiffs | * |
| | * |
| v. | * Civil Case No.: 17-CV-2812 GLR |
| WILLIAM R. LUTHER, JR. | * |
|     Third-Party Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED THIRD-PARTY COMPLAINT

Defendants Barry Glassman, Billy Boniface, Melissa Lambert, and Joseph J. Siemek (collectively "Third-Party Plaintiffs"), by counsel, and as third-party plaintiffs, sue William R. Luther, Jr. on a state law claim of defamation, as a third-party defendant under Federal Rule 14.

1. William R. Luther, Jr is managing member of Plaintiff OT, LLC and chief executive officer of Plaintiff Gemcraft, Inc., but was not a party to this litigation before the filing of this Third-Party Complaint.

2. On October 19, 2017, Mr. Luther was a guest on the WBAL radio program "The C4 Show."

3. While an on-air guest, Mr. Luther accused Third-Party Plaintiffs of "discrimination against people of the Islamic faith." This statement is defamatory in tending to injure Third-Party Plaintiffs in their profession and employment, and further, in impugning them to be religiously prejudiced and bigoted.

4. In an October 24, 2017 story, Mr. Luther told the *Washington Post*, "I've never seen such discrimination … It's sickening. I don't know what the heck they are doing." This statement is defamatory in tending to injure Third-Party Plaintiffs in their profession and employment, and further, in impugning them to be prejudiced and bigoted.

5. Mr. Luther made these false statements with actual malice, in that he knew or should have known that the statements were false. He knew, or should have known as managing member of Plaintiff OT, LLC and chief executive officer of Plaintiff Gemcraft, Inc., because of numerous written and oral communications between Plaintiffs (and their agents) and Third Party Plaintiffs (and Harford County and its agents), that no Third-Party Plaintiff had ever discriminated against Plaintiffs or any prospective home buyer: their conduct toward Plaintiffs has never changed in that the regulatory and land use requirements of which Plaintiffs

complain are both lawful and preceded Third Party Plaintiffs' knowledge that the prospective homebuyers were Muslim. Mr. Luther also knew or should have known that his accusations of discrimination were false in that he knew or should have known that he can present no facts showing that Third-Party Plaintiffs took any actions motivated by bigotry or any unlawful discrimination, or any facts showing that Third-Party Plaintiffs have treated Plaintiffs differently than any other developer or builder in Harford County. Mr. Luther's statements are motivated solely by a desire to intimidate and convince Third-Party-Plaintiffs and Harford County to forego lawful regulatory and land use requirements so that Plaintiffs do not have to expend time and money to comply with them.

6. Mr. Luther published the statements to all listeners of WBAL radio and all readers of the *Washington Post* (in print and online) and these listeners and readers include residents of Harford County, where Third-Party Plaintiffs live and work.

7. As a result of these false and defamatory statements published by Mr. Luther, the character and reputation of Third-Party Plaintiffs were harmed, and their standing and reputation in the community were impaired.

WHEREFORE, Third-Party Plaintiffs each demand One Million Dollars in compensatory and punitive damages, plus interest and costs, and trial by jury.

Respectfully submitted,

/s/
Bradley J. Neitzel
Bar #26787
Senior Assistant County Attorney
Harford County Law Department

        220 S. Main Street
Bel Air, Maryland 21014
Voice: (410) 638-3689
Facsimile: (410) 879-7651
bjneitzel@harfordcountymd.gov

Attorney for Third-Party Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November 2017, a copy of the foregoing was filed electronically upon counsel for all parties.

                /s/
        Bradley J. Neitzel