IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| OT, LLC, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No.: GLR-17-2812 |
| HARFORD COUNTY, MARYLAND, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BARRY GLASSMAN, *et al.*, | * |
| Defendants/Third-Party Plaintiffs, | * |
| v. | * |
| WILLIAM LUTHER, | * |
| Third-Party Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**THIRD-PARTY DEFENDANT'S MOTION TO**
**DISMISS AMENDED THIRD-PARTY COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 14(a)(2), Third-Party Defendant William Luther ("Mr. Luther"), by his undersigned counsel, moves to dismiss the Amended Third-Party Complaint (ECF No. 35) because it fails to state a claim on which relief can be granted.

1. Mr. Luther requests that this Court dismiss with prejudice the Amended Third-Party Complaint for the reasons set forth in Third-Party Defendant's Response to Amended

Third-Party Complaint (ECF No. 37[1]) and in the Motion to Dismiss Third-Party Complaint (ECF No. 30).

2. To avoid unnecessary repetition, Mr. Luther, pursuant to Federal Rules of Civil Procedure 7(b)(2) and 10(c), adopts and incorporates by reference the arguments for dismissal contained in his Response (ECF No. 37) and Motion to Dismiss (ECF No. 30).

WHEREFORE, Third-Party Defendant William Luther respectfully requests that this Court grant his motion and dismiss the Amended Third-Party Complaint with prejudice.

Respectfully submitted,

/s/
Jeffrey H. Scherr (Bar No.: 01011)
David J. Shuster (Bar No.: 23120)
Ryan A. Mitchell (Bar No.: 29151)
Justin A. Redd (Bar No.: 18614)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
jscherr@kg-law.com
dshuster@kg-law.com
rmitchell@kg-law.com
jredd@kg-law.com

*Attorneys for Third-Party Defendant*
*William R. Luther, Jr.*

---

[1] A copy of the Response is attached as Exhibit 1.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of November, 2017, a copy of the foregoing Motion to Dismiss Amended Third-Party Complaint was served electronically on all parties receiving service via CM/ECF in this case.

>                 /s/
> Jeffrey H. Scherr