UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

January 9, 2018

MEMORANDUM TO COUNSEL RE:       OT, LLC v. Harford County, Maryland, et al.
                                Civil Action No. GLR-17-2812

Dear Counsel:

Pending before the Court is Defendants Billy Boniface, Barry Glassman, Harford County, Maryland, Melissa Lambert, and Joseph J Siemek's (the "Harford County Defendants") Motion to Dismiss or for Summary Judgment (ECF No. 32). Also pending are Defendants Richard K. Impallaria and Patrick L. McDonough's (the "Delegate Defendants") Motion to Dismiss (ECF No. 34) and Third-Party Defendant William R. Luther, Jr.'s Motion to Dismiss Amended Third-Party Complaint (ECF No. 39). The Motions are ripe for disposition and no hearing is necessary. See Local Rule 105.6 (D.Md. 2016). For the reasons outlined below, the Court will deny the Motions as moot without prejudice.

On September 21, 2017, Plaintiffs OT, LLC and Gemcraft Homes, Inc., filed the instant action. (ECF No. 1). On October 24, 2017, the Harford County Defendants filed a Third-Party Complaint against Luther. (ECF No. 26). On November 28, 2017, they filed an Amended Third-Party Complaint against him. (ECF No. 35).

On November 14, 2017, the Harford County Defendants filed a Motion to Dismiss or for Summary Judgment. (ECF No. 32). Similarly, on November 20, 2017, the Delegate Defendants filed a Motion to Dismiss. (ECF No. 34). On December 1, 2017, however, Plaintiffs, Shades and Springs, Inc., and Ajaz A. Khan filed an Amended Complaint. (ECF No. 40). When a plaintiff files an amended complaint, it generally moots any pending motions to dismiss because the original complaint is superseded. Venable v. Pritzker, No. GLR-13-1867, 2014 WL 2452705, at *5 (D.Md. May 30, 2014), aff'd, 610 F. App'x 341 (4th Cir. 2015). Accordingly, the Court will deny the Harford County Defendants' and the Delegate Defendants' Motions as moot without prejudice.

On November 30, 2017, Luther filed a Motion to Dismiss Amended Third-Party Complaint. (ECF No. 39). On December 14, 2017, the Harford County Defendants filed a Notice of Voluntary Dismissal giving notice that they voluntarily dismiss their third-party action against Luther. (ECF No. 49). The Court approved the Notice on December 20, 2017, dismissing Luther from the case. (ECF No. 53). Because the Harford County Defendants dismissed their action against Luther, the Court will deny Luther's Motion as moot without prejudice.

For the foregoing reasons, the Harford County Defendants' and the Delegate Defendants' Motions (ECF Nos. 32, 34) are DENIED AS MOOT WITHOUT PREJUDICE.  Further, Luther's Motion to Dismiss Amended Third-Party Complaint (ECF No. 39) is DENIED AS MOOT WITHOUT PREJUDICE.  Despite the informal nature of this Memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge