**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **OT, LLC, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | Civil Case No. SAG-17-2812 |
| | * | |
| **HARFORD COUNTY, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 24th day of October, 2019, ORDERED that Defendants' Motion for Summary Judgment, ECF 199, is **GRANTED** in part and **DENIED** in part. The Motion is granted with respect to Count XVI, and with respect to Counts I-V, to the extent that Plaintiffs have sued the Delegates in their official capacities. The Motion is denied as to all other claims.

Dated: October 24, 2019                              /s/
                                                     Stephanie A. Gallagher
                                                     United States District Judge