**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| OT, LLC, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | * |
| | No. 1:17-cv-02812-SAG |
| HARFORD COUNTY, MARYLAND, | * |
| *et al.*, | * |
| *Defendants*. | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF INTERLOCUTORY APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that Defendants Patrick McDonough and Richard Impallaria hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion (ECF No. 222) and Order (ECF No. 223), which were entered on the 24th day of October, 2019, and which denied in part Defendants' motion for summary judgment (ECF No. 199).

                          Respectfully submitted,

                          BRIAN E. FROSH
                          Attorney General of Maryland

                          /s/ Sarah W. Rice
                          _____
                          SARAH W. RICE (NO. 29113)
                          Assistant Attorney General
                          200 Saint Paul Place
                          Baltimore, Maryland  21202
                          srice@oag.state.md.us
                          410-576-7847
                          (410) 576-6955 (facsimile)

November 18, 2019                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that, on this 18th day of November, 2019 the foregoing was served by CM/ECF on all registered CMF users.

                          /s/ Sarah W. Rice
                          _____
                          Sarah W. Rice