IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| OT, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:17-cv-02812-SAG |
| HARFORD COUNTY, MD, et al., | * | |
| Defendants. | * | |

HARFORD COUNTY DEFENDANTS'
RESPONSE TO MOTION FOR STAY PENDING APPEAL

Defendants Harford County, Maryland, Barry Glassman, Billy Boniface, Melissa Lambert, and Joseph J. Siemek (collectively the "County Defendants"), by their undersigned counsel, hereby respond to the Motion for Stay Pending Appeal (Docket No. 227) filed by Defendants McDonough and Impallaria (the "Delegate Defendants").

The County Defendants are not involved in the dispute between the Delegate Defendants and the Plaintiffs concerning the request for a stay, and therefore take no position on the Motion for Stay Pending Appeal.

/s/ David M. Wyand
David M. Wyand, Bar No. 23413
Harris W. Eisenstein, Bar No. 29694
Jamar R. Brown, Bar No. 19522
ROSENBERG MARTIN GREENBERG, LLP
25 S. Charles Street, Suite 2115
Baltimore, MD  21201
(410) 727-6600 (phone)
(410) 727-1115 (fax)
email: dwyand@rosenbergmartin.com
email: heisenstein@rosenbergmartin.com
email: jbrown@rosenbergmartin.com

*Attorneys for Defendants Harford County, Maryland, Barry Glassman, Billy Boniface, Melissa Lambert, and Joseph J. Siemek*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2019, copies of Harford County Defendants' Response to Motion for Stay Pending Appeal were served through the CM/ECF System on all counsel of record.

/s/ David M. Wyand
David M. Wyand, Bar No. 23413
4850-3155-9854, v. 1