IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| OT, LLC, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No. 1:17-cv-02812-SAG |
| HARFORD COUNTY, MARYLAND, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, by their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of this action and all claims that were made or could have been made in this action, including counterclaims, third-party claims, and fourth-party claims.

| | |
|---|---|
| /s/ *Jeffrey H. Scherr* | /s/ *Geoffrey R. Garinther* |
| Jeffrey H. Scherr (Bar No.: 01011) | Geoffrey R. Garinther (Bar No.: 04033) |
| David J. Shuster (Bar No.: 23120) | Stacie E. Tobin (Bar No.: 11331) |
| Ryan A. Mitchell (Bar No.: 29151) | William B. King (Bar No.: 19643) |
| Justin A. Redd (Bar No.: 18614) | VENABLE, LLP |
| KRAMON & GRAHAM, P.A. | 750 E. Pratt Street, Suite 900 |
| One South Street, Suite 2600 | Baltimore, Maryland  21202 |
| Baltimore, Maryland  21202 | ggarinther@venable.com |
| jscherr@kg-law.com | stobin@venable.com |
| dshuster@kg-law.com | 410-244-7400 |
| rmitchell@kg-law.com | 410-244-7742 (Fax) |
| jredd@kg-law.com | |
| 410-752-6030 | *Attorneys for Plaintiffs Shades and Springs,* |
| 410-539-1269 (Fax) | *Inc. and Ajaz Khan* |

*Attorneys for Plaintiffs*
*OT, LLC and Gemcraft Homes, Inc.*

[SIGNATURES CONTINUED ON NEXT PAGE]

      */s/ David M. Wyand*
David M. Wyand (Bar No.: 23413)
Harris W. Eisenstein (Bar No.: 29694)
Jamar R. Brown (Bar No.: 19522)
ROSENBERG MARTIN GREENBERG, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
dwyand@rosenbergmartin.com
heisenstein@rosenbergmartin.com
jbrown@rosenbergmartin.com
410-895-1200

      */s/ Bradley J. Neitzel*
Bradley J. Neitzel (Bar No.: 26787)
Harford County Department of Law
220 South Main Street
Bel Air, Maryland 21014
bjneitzel@harfordcountymd.gov
410-638-3689
410-879-7651 (Fax)

*Attorneys for Defendants*
*Harford County, Maryland, Barry Glassman, Billy Boniface, Joseph J. Siemek, and Melissa Lambert*

      /s/  Sarah W. Rice
Sarah W. Rice (Bar No.: 29113)
Maryland Office of the Attorney General
20th Floor
200 St. Paul Street
Baltimore, Maryland 21202
srice@oag.state.md.us
410-576-7847
410-576-6955 (Fax)

*Attorneys for Defendants Delegate Patrick L. McDonough and Richard K. Impallaria*

      */s/ James E. Edwards, Jr.*
James E. Edwards, Jr. (Bar No.: 02360)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
100 Light Street
Baltimore, Maryland 21202
jedwards@bakerdonelson.com
410-685-1120
410-547-0699 (Fax)

*Attorneys for Fourth Party Plaintiff*
*Old Trail Partnership, LLC*

      */s/ David D. Gilliss*
David D. Gilliss (Bar No.: 05174)
Robert H. Kline (Bar No.: 20802)
PIKE AND GILLISS, LLC
600 Washington Avenue, Suite 303
Towson, Maryland 21204
gilliss@pikegilliss.com
rhkline@pikegilliss.com
443-761-6508
443-761-6519 (Fax)

*Attorney for Third Party Defendant*
*Fidelity and Deposit Company of Maryland*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of May, 2020, a copy of the foregoing Stipulation of Dismissal with Prejudice was served through the CM/ECF System on counsel of record.

                                     */s/ David J. Shuster*
                                     David J. Shuster